DAVID A. HUBBERT
Acting Assistant Attorney General

JONATHAN M. HAUCK
YEN JEANNETTE TRAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v) (Hauck)
202-616-3366 (v) (Tran)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov
y.jeannette.tran@usdoj.gov

Of Counsel:
PHILLIP A. TALBERT
Acting United States Attorney, Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR RECON CORP., <br><br> Petitioner, <br><br> v. <br><br> ALL CLAIMANTS TO SURPLUS FUNDS AFTER A TRUSTEE'S SALE OF THE REAL PROPERTY LOCATED AT 806 LINWOOD STREET, VACAVILLE, CA 95688, <br><br> Respondent. | Case No. 2:16-cv-02879-GHW <br><br> Removed from Superior Court of California County of Solano <br> Case No. FCM152402 <br><br> **ORDER FOR DISTRIBUTION OF INTERPLEADED FUNDS AND DISMISSAL** |

Pursuant to the Stipulation Re: Distribution of Interpleaded Funds and Dismissal ("Stipulation") filed on April 20, 2017 (Dkt. # 18) submitted by the United States of America ("United States"), Kelkris Associates, Inc. DBA Credit Bureau Associates ("Kelkris"), and Clear Recon Corp. ("Clear Recon"), and for good cause shown, IT IS HEREBY ORDERED, that:

1. Kelkris' Judgment lien has priority over the United States' tax liens.

1

2. Kelkris is entitled to $3,717.07 of the deposited interpleaded funds.

3. The United States is entitled to the remainder of the deposited interpleaded funds in the amount of $14,031.67.

4. The Clerk of the Court for the Superior Court of California, County of Solano, is hereby authorized and directed to draw checks on the funds deposited in the registry of the court in the principal amount $17,748.74, payable to the following payees and mail or deliver the checks to the payees at the following addresses:

    a. To Kelkris in the amount of $3,717.07. The check shall be made payable to "Kelkris Associates, Inc. DBA Credit Bureau Associates" and mailed to:

> Stephen N. Murphy
> Murphy Law Group
> 622 Jackson St.
> Fairfield, CA 94533

The check shall bear the notation Rossi.

    b. To the United States in the amount of $14,031.67. The check shall be made payable to "Department of Justice" and mailed to:

> Tax FLU, Office of Review
> U.S. Dept. of Justice Tax Division
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044-0310

The check shall bear a notation for CMN 2017100324.

5. This order resolves all claims in this case.

6. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 20th day of April, 2017.

_____
GEORGE H. WU, U.S. DISTRICT JUDGE